UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          CASE NO.: 8:13-bk-00721-MGW
JOHN R. ESOBIO                      CHAPTER: 11
MELISSA M. ESOBIO

      Debtor(s)
_____/

**ORDER GRANTING NOTICE OF DEFAULT AND
IN REM RELIEF FROM THE AUTOMATIC STAY
(Class 6 - 3611 Danny Bryan Blvd. Tampa, FL 33619)**

**THIS CASE,** came before the Court upon Wells Fargo Bank, N.A.'s ("Creditor") Notice of Default [DE 214] filed June 6, 2014. To date, no response to the Delinquency Notice or cure of the Default has been received.

On June 20, 2014, counsel for the Creditor contacted counsel for the Debtor to inform Debtor of the failure to cure the delinquency.

Based on the representations made in open court, on the docket, and in this Order it is hereby:

**ORDERED** that the Relief from the automatic stay of 11 U.S.C. § 362 is GRANTED to allow Movant to proceed to pursue its lawful remedies as to the Property located at 3611 Danny Bryan Blvd., Tampa, FL 33619. Movant shall not seek or obtain any in personam relief against the Debtors.

DONE and ORDERED at Tampa, Florida, on _____July 01, 2014_____.

Michael G. Williamson
United States Bankruptcy Judge

1

Attorney Austin Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**Submitted by:**
Austin Noel
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623

**SERVICE LIST**

John R Esobio
5422 Clouds Peak Drive
Lutz, FL 33558

Melissa M Esobio
5422 Clouds Peak Drive
Lutz, FL 33558

Leon A. Williamson, Jr.
Leon A. Williamson, Jr., P.A.
306 S. Plant Avenue, Ste. B
Tampa, FL 33606

Denise E Barnett
United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602

Local Rule 1007-2 Parties in Interest

1